

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00180-CR

_____

JIMMY DON MATTHEWS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 12-F-584-102

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Jimmy Don Matthews appeals from his conviction by the trial court for criminal mischief resulting in damages of $1,500.00 or more but less than $20,000.00, and sentence of one year in state jail. Matthews has filed a single brief, in which he raises issues common to all of his appeals.[1] He argues that the trial court erred: (1) in failing to instruct the jury to disregard testimony of a witness speaking to Matthews' prior bad acts and extraneous offenses and (2) in failing to grant a motion for mistrial "based on the State's willful violation of the trial court's ruling on Defendant's Motion for Discovery."

We addressed these issues in detail in our opinion of this date on Matthews' appeal in cause number 06-12-00179-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     June 5, 2013
Date Decided:     June 18, 2013

Do Not Publish

---

[1]Matthews also appeals from a conviction of criminal mischief resulting in damage of $20,000.00 or more but less than $100,000.00 in our cause number 06-12-00179-CR.

2